UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TYRONE MOSES FIELDS, JR.,
    Plaintiff,

vs.                                            Case No.:  3:24cv605/LC/ZCB

JEFFREY A BROWN, et al.,
    Defendants.
_____/

# ORDER

The magistrate judge issued a Report and Recommendation on July 15, 2025.  (Doc. 32).  The Court furnished Plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the Report and of Plaintiff's filed objections (Doc. 34), and I have determined the Report and Recommendation should be adopted.

Plaintiff asserts that, mainly because of health problems, he has not been able to comply with the Court's instructions in a timely manner.  But the fact remains that he has received numerous extensions of time and has still been late, and significantly so, to the point of forcing the Court through its paces, issuing a show cause order and two reports and recommendations on the matter.  Moreover,

1

when the Court ordered Plaintiff to file an amended complaint several months ago, Plaintiff was directed to submit the complaint on the Court's form and to correct certain deficiencies in the substance of his claims. Yet, when the amended complaint did finally arrive, it essentially remained unchanged, with none of the deficiencies corrected, and it again was not filed on the Court's complaint form. As a result, this case, now over eight months old, remains virtually unchanged from what it was at its inception. As the magistrate judge provided, these are suitable grounds for dismissal.

Given the above, and the needless expenditure of judicial resources involved, the Court finds dismissal to be appropriate. Because the dismissal is without prejudice, and because the statute of limitations has not run on Plaintiff's claims, he may file a new case if he so elects – which perhaps he should do only if he has more resolve to pursue it.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 32) is adopted and incorporated by reference in this order.

2.    This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court.

3. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE and ORDERED** on this 13th day of August, 2025.

*s/ L.A. Collier*
Lacey A. Collier
Senior United States District Judge
